## Hayes, Appellant, *v.* Wella Corporation.

Argued April 12, 1973. *Mark B. Aronson*, with him *Behrend and Aronson*, for appellant; *Charles J. Duffy, Jr.*, with him *Lancaster, Mentzer, Coyne and Duffy*, for appellee.

Order affirmed; petition for reargument refused October 15, 1973.